IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.     CASE NO. 1:05-cr-00042-MP-AK

ROBERT LEE PERRY,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 38, Motion to Withdraw as Attorney, filed by defense counsel Lloyd L. Vipperman. A hearing was held on this matter on Wednesday, May 31, 2006. During the hearing, it became apparent that there were irreconcilable differences between defendant and Mr. Vipperman, as well as an actual conflict of interest. The Government did not object to this motion. Accordingly, the motion to withdraw is granted. Mr. Vipperman is hereby relieved of his duties in this matter. Attorney Daniel Daly is hereby appointed to represent the defendant. The Clerk is directed to enter Mr. Daly as the attorney of record for Defendant Perry. Given these recent developments, defendant's trial must be continued. The court finds that there would be no prejudice from continuing the trial and that the interests of justice would be served by the continuance. Accordingly, Defendant's trial is hereby rescheduled for Tuesday, August 8, 2006, at 12:30 p.m.

**DONE AND ORDERED** this  *31st* day of May, 2006

                         *s/Maurice M. Paul*
                    Maurice M. Paul, Senior District Judge