IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:05-cr-00042-MP-AK

ROBERT LEE PERRY,

    Defendant.

_____/

## **O R D E R**

A teleconference was held in this case on Friday, October 6, 2006.  During the conference the parties agreed to continue the trial and the defendant waived his speedy trial rights with regard to this continuance.  Accordingly, the trial in this case is continued until the November 14, 2006, trial term.

**DONE AND ORDERED** this  *11th*   day of October, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge