IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:05-cr-00042-MP-AK

ROBERT LEE PERRY,

    Defendant.
_____/

**O R D E R**

A teleconference was held in this case on November 9, 2006, during which the defendant and the government consented to a continuance of the trial in this case.  By so consenting, the defendant waived his speedy trial rights with regard to the continuance.  The trial is hereby reset for Monday, November 27, 2006.  The attorney conference will be held at 12:30 p.m. and jury selection will proceed immediately thereafter.

    **DONE AND ORDERED** this  *14th*   day of November, 2006

                      *s/Maurice M. Paul*
                 Maurice M. Paul, Senior District Judge