IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:05-cr-00042-MP-AK

ROBERT LEE PERRY,

    Defendant.
_____/

**O R D E R**

A teleconference was held in this case on November 14, 2006, during which the government and the defendant agreed to continue the trial due to trial conflicts of the Assistant United States Attorney.  By so consenting, the defendant waived his speedy trial rights with regard to this continuance.  Accordingly, the trial in this case is continued until January 22, 2007, with attorney conference at 12:30 p.m. and jury selection immediately thereafter.

    **DONE AND ORDERED** this  *16th*   day of November, 2006

               *s/Maurice M. Paul*
               Maurice M. Paul, Senior District Judge