IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 1:05-cr-00042-MP-AK

ROBERT LEE PERRY,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 65, Mr. Perry's Oral Motion for release pending sentencing. Having further considered the motion, the Court determines that the motion should be, and is hereby, denied.

**DONE AND ORDERED** this _6th_ day of December, 2006

                      *s/Maurice M. Paul*
                Maurice M. Paul, Senior District Judge