IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:05-cr-00042-MP-AK

ROBERT LEE PERRY,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 70, Motion to Continue Sentencing, filed by Defendant Perry. Defendant request a continuance in his sentencing, currently scheduled for Wednesday, February 14, 2007. Because his pre-sentence report was delivered while counsel was at trial on another case, which prevented counsel from addressing issues presented in the report, and because Defendant continues to fulfill the obligations of his plea agreement with the Government, Defendant requests that his sentencing hearing be continued. The Government does not object to the motion. Therefore, after considering the matter, the motion is granted, and Defendant Perry's sentencing hearing is reset to Wednesday, March 21, 2007, at 3:00 p.m.

**DONE AND ORDERED** this  *13th* day of February, 2007

                           *s/Maurice M. Paul*
                       Maurice M. Paul, Senior District Judge