IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                                          CASE NO. 1:05-cr-00042-MP-AK

ROBERT LEE PERRY,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 73, a motion to continue sentencing, and doc. 72, motion for release on bond. A telephonic hearing was held on March 20, 2007. As stated during the hearing, the motion to continue is granted. Sentencing is reset for June 6, 2007, at 10 a.m. Also, the pending pretrial release motion is hereby set for a hearing on Wednesday, March 28, 2007, at 3 p.m.

    **DONE AND ORDERED** this  *21st*  day of March, 2007

                                *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge