IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                                    CASE NO. 1:05-cr-00042-MP-AK

ROBERT LEE PERRY,

    Defendant.
_____/

## **O R D E R**

This matter is before the Court on Doc. 84, Motion to Continue Sentencing by Robert Lee Perry.  A teleconference was held on the motion on June 5, 2007, during which the government indicated that it had no objection to the continuance.  The motion is granted, and sentencing is hereby reset for Wednesday, August 1, 2007, at 1:30 p.m..

**DONE AND ORDERED** this  *7th*   day of June, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge