IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 1:05-cr-00042-MP-AK

ROBERT LEE PERRY,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 96, Motion to Withdraw as Attorney, filed by Daniel F. Daly, attorney for Defendant Robert Perry. Currently, Defendant Perry is scheduled to be sentenced on Wednesday, August 1, 2007. Because of the pending matter, an in-court hearing on Mr. Daly's Motion to Withdraw as Attorney is scheduled for Wednesday, August 1, 2007, at 1:30 p.m.

**DONE AND ORDERED** this  *31st* day of July, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge