IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:05-cr-00042-MP-AK

ROBERT LEE PERRY,

   Defendant.
_____/

## **O R D E R**

This matter is before the Court on Doc. 107, the Government's Motion to Unseal Plea Colloquy of Robert Lee Perry. The motion is granted, and the Court Reporter may release the transcript of the plea colloquy to be used by the United States and defendant in regard to the Defendant's Motion to Withdraw Plea agreement. In all other respects, however, the transcript of the plea colloquy will not be subject to release to the general public.

**DONE AND ORDERED** this  *23rd*  day of August, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge