IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO. 1:05-cr-00042-MP-AK

ROBERT LEE PERRY,

    Defendant.

_____/

## O R D E R

    This matter is before the Court on a sentencing hearing held on Wednesday, August 29, 2007.  At the hearing, Defendant requested a continuance of his sentencing.  For the reasons stated in open court, Defendant's request is granted, and the sentencing hearing of Defendant Robert Perry is hereby continued to Wednesday, October 31, 2007, at 1:00 p.m.

    **DONE AND ORDERED** this *30th* day of August, 2007

_____*s/Maurice M. Paul*_____
Maurice M. Paul, Senior District Judge