IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:05-cr-00042-MP-AK

ROBERT LEE PERRY,

    Defendant.
_____/

## **O R D E R**

This matter is before the Court on Doc. 134, Defendant's Motion for Compassionate Release/Furlough and Transport by Robert Lee Perry. After consultation with the Marshal's Service, the motion is denied for safety reasons.

**DONE AND ORDERED** this *3rd* day of January, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge