IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 1:05-cr-00042-MP-AK

ROBERT LEE PERRY,

    Defendant.
_____/

## **O R D E R**

This matter is before the Court on Doc. 141, a motion to continue sentencing. The motion is not opposed by the government. The motion is granted, and sentencing shall be reset for Thursday, May 1, 2008 at 9:30 a.m.

**DONE AND ORDERED** this  1st  day of February, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge