IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:05-cr-00042-MP-AK

ROBERT LEE PERRY,

    Defendant.
_____/

## **O R D E R**

This matter is before the Court on Doc. 147, Motion to allow counsel for defendant to appear by telephone or to allow an associate attorney at defense counsel's firm to represent defendant at the April 16, 2008 hearing. The defendant objects to both alternatives. The Court finds that the better course is simply to reset the hearing and the upcoming sentencing to allow counsel to fully participate. Accordingly, the motion at doc. 147 is denied, but the hearing set for April 16, 2008, and the sentencing set for May 1, 2008, are hereby continued and will be reset by separate notice.

    **DONE AND ORDERED** this  _14th_  day of April, 2008

                     *s/Maurice M. Paul*
                 Maurice M. Paul, Senior District Judge