

**U.S. Department of Justice**
Federal Bureau of Prisons
*Federal Correctional Complex*

*Butner, North Carolina 27509*
☐  *Federal Medical Center*
      *P.O. Box 1500*
■  *Federal Correctional Institution*
      *P. O. Box 1000*
☐  *Low Security Correctional Institution*
      *P.O. Box 999*
☐  *Federal Correctional Institution II*
      *P.O. Box 1600*

July 8, 2009

The Honorable Maurice M. Paul
United States District Court
Northern District of Florida - Gainesville
307 Federal Building
401 Southeast First Avenue
Gainesville, FL 32601-6805

RE:  PERRY, Robert Lee
     REGISTER NUMBER: 09450-017
     DOCKET NUMBER: 1:05-CR-00042-MP-AK

Dear Judge Paul:

The above referenced individual was admitted to the Federal Correctional Institution, Butner,
North Carolina, on June 30, pursuant to the provisions of Title 18, United States Code, Sections 4244 and
4247.

Currently, the evaluator is conducting interviews and psychological testing with Mr. Perry which are
necessary to complete his evaluation. In order to complete extensive psychological testing, I respectfully
request the evaluation period start on the date of his arrival at this institution and be extended for fifteen
days. If this request is granted, the evaluation period will end on August 13, 2009. Staff will complete the
evaluation as soon as possible and notify the U.S. Marshals Service and the Clerk of Court when the
evaluation is completed. If you concur, please complete the bottom section of this request and return by fax
machine to T. Taylor, Health Systems Specialist, at (919) 575-2015, and also to C. Gregory, Supervisory
Inmate Systems Specialist, at (919) 575-2003.

Thank you in advance for your assistance in this matter. If you need additional information, please contact
me at (919) 575-5000.

Respectfully,

Tracy W. Johns
Warden

✓  The above requested extension of time is hereby granted

☐  The above requested extension of time is not hereby granted

Signature: _____          DATE _July 28 2009_
          U.S. Senior District Judge Maurice M. Paul