IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                       CASE NO. 1:05-cr-00042-MP-AK

ROBERT LEE PERRY,

    Defendant.

_____/

## O R D E R

A telephone Status Conference was held in this case on August 27, 2009. As stated during the conference, a final mental health status hearing will be set by separate notice at the same time as the motion to withdraw plea and the sentencing.

**DONE AND ORDERED** this _1st_ day of September, 2009

                                  *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge