IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                   CASE NO. 1:05-cr-00042-MP-AK

ROBERT LEE PERRY,

    Defendant.

_____/

# **O R D E R**

This matter is before the Court in the prosecution of Robert Lee Perry. A hearing was held on October 8, 2009 on Mr. Perry's Motion to Withdraw Plea of Guilty, the issue of Mr. Perry's competency, and his sentencing. The parties, through counsel, each declined to present new evidence and stood on their written briefs. This Court found no factual or legal basis sufficient to support the motion to withdraw Mr. Perry's guilty plea.

As to the competency and sentencing issues, Mr. Perry expressed a desire to contest the report finding him competent, but declared himself unable to read sufficiently well to understand the report. This Court declined to proceed with the competency hearing and sentencing until such time as Mr. Perry can have the report read to him, so that he will be as able as possible to assist in his own defense. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    Motion to Withdraw Plea of Guilty, Doc. 104, is DENIED.

    2.    Competency hearing and possible sentencing are set for December 3, 2009, at 1:00 p.m.

**DONE AND ORDERED** this <u> 9th</u> day of October, 2009

*<u>    s/Maurice M. Paul          </u>*

Maurice M. Paul, Senior District Judge
