IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

v.                                      CASE NO. 1:05-cr-00042-MP-AK

ROBERT LEE PERRY,

     Defendant.

_____/

## O R D E R

     This matter is before the Court on Doc. 199, Motion to Withdraw as Attorney by David

Anthony Wilson. The motion is granted, Mr. Wilson is relieved as counsel of record, and the

following attorney is hereby appointed to represent Mr. Perry on appeal:

     SONYA RUDENSTINE
     PO BOX 5595
     GAINESVILLE, FL 32627-5595
     352-359-3972

The Clerk shall send a copy of this order to the defendant directly.

     **DONE AND ORDERED** this _14th_ day of January, 2010

                   *s/Maurice M. Paul*
               Maurice M. Paul, Senior District Judge