# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:05-cr-00042-MP-GRJ

ROBERT LEE PERRY,

    Defendant.

_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated October 30, 2014. (Doc. 250). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The defendant filed objections at Doc. 251. I have made a de novo determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted. The Court agrees that, given the defendant's prior criminal history and the strength of the case against him, counsel's advice that he enter a plea of guilty to a crime calling for mandatory life imprisonment was reasonable because cooperation with the government and a substantial assistance motion were the only options for escaping the mandatory sentence. Counsel even managed to get defendant released on bond for him to attempt cooperation. The Court also agrees that his claim that he thought he only would face 8 years is belied by his testimony under oath during the plea colloquy that he understood there was a mandatory life sentence and that the sentence could not be known until after the opportunity to assess his cooperation. Finally, it was not unreasonable

for counsel to waive opposition to the petition alleging violation of supervision, given the strength of the case against him and the fact that defendant was still able to continue attempting to cooperate.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.
2. The amended motion to vacate, set aside or correct sentence, Doc. 243, is DENIED.
3. No certificate of appealability is appropriate in this case.

**DONE AND ORDERED** this *11th* day of February, 2014

         *s/Maurice M. Paul*
         Maurice M. Paul, Senior District Judge